ROBERT BAXTER, Respondent, *v.* CHARLES S. SMITH et al., Appellants.

(Argued October 14, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made

at the May term, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*James M. Smith* for appellants.

*Edward C. James* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.